UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| FIRST UNION NATIONAL BANK As Trustee of the SOUTHEAST TIMBER LEASING STATUTORY TRUST, | ) ) ) ) | 4:01CV686 WRW WKU |
| Plaintiff, | ) ) | |
| vs. | ) ) | MEMORANDUM AND ORDER ON PREVIOUSLY UNRESOLVED |
| PAUL BENHAM, PAUL BENHAM, P.A., and FRIDAY, ELDRIDGE & CLARK, LLP | ) ) ) | REQUEST IN DOCUMENT 103 OF THE PLAINTIFF'S MOTION TO AMEND THE COURT'S TRIAL |
| Defendants/Third-Party Plaintiffs | ) ) | SCHEDULE |
| vs. | ) ) | |
| CARL J. STONEY, JR. and JASON KUHNS, | ) ) ) | |
| Third-Party Defendants. | ) | |

By my order of January 25, 2007, the motions of the defendants and of the plaintiff, documents 102 and 103, were granted and the Plaintiff's Motion to Amend the Court's Trial Schedule, contained within document 103, was held in abeyance.

The defendants have responded in document 107 to that portion of document 103 that asks for an amendment to the court's trial schedule. There has been no response to the defendants' response.

It seems to me doubtful that there is or will be need for an amendment of the pleadings or for further discovery, but if a party finds and articulates the specific need, it may move for one or the other.

The defendants' proposal set out in document 107 incorporates deadlines for certain preparations for trial. They appear to me to be adequate and have not been resisted by the plaintiff.

IT IS ORDERED that the following deadlines are fixed:

      120 days prior to trial:    Deadline for Plaintiff to provide to Defendants its computation of any category of damages claimed and documents or other evidentiary material on

-2-

                              which such computation is based, including materials bearing on the nature and extent of injuries suffered.

90 days prior to trial:      Deadline to exchange witness lists 60 days prior to trial.

                              Deadline to exchange lists containing a brief description of documents, charts, graphs, models, schematic diagrams and similar objects that are intended to be introduced or used in opening statement or closing argument whether or not they will be offered in evidence, and, to exchange copies of any such items.

30 days prior to trial:      Deadline for Motions in Limine.

Dated March 2, 2007.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge