IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FIRST UNION NATIONAL BANK
As Trustee of the SOUTHEAST TIMBER
LEASING STATUTORY TRUST                                            PLAINTIFF

V.                    CASE NO. 4-01-CV-00686 WKU

PAUL BENHAM,
PAUL BENHAM, P.A., and                                             DEFENDANTS/
FRIDAY, ELDREDGE & CLARK, LLP                              THIRD-PARTY PLAINTIFFS

V.

CARL J. STONEY, JR. and
JASON KUHNS                                                THIRD-PARTY DEFENDANTS

## ORDER

The Court, having been apprized that the parties have resolved their differences, hereby dismisses this action with prejudice.

IT IS SO ORDERED this ___7th___ day of __November__, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE